RECEIVED
IN LAKE CHARLES, LA

DEC 13 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| WILLIE AARON SMITH<br>FED. REG. #19794-076 | CIVIL ACTION NO. 2:11-CV-336 |
| VS. | SECTION P |
| | JUDGE MINALDI |
| J. P. YOUNG | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition for *habeas corpus* filed pursuant to 28 U.S.C. §2241 be **DISMISSED WITH PREJUDICE** because the court lacks jurisdiction to consider those claims.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this _12_ day of _December_, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE